USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 04 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

RAMON A. BELLIARD,

                    Plaintiff,

      -against-

VADIM TARKNOVSKY and OLYA PLOTNIKOVA,

                  Defendants.

------------------------------------- x

<u>ORDER</u>

20 Civ. 1055 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The February 10, 2021 initial conference is canceled.

Dated: New York, New York
       February 4, 2021

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge