```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RAMON A. BELLIARD,

                                    Plaintiff,           20-CV-1055 (GBD) (KHP)

                 -against-                               ORDER


VADIM TARKNOVSKY and OLYA
PLOTNIKOVA,


                                    Defendants.
-----------------------------------------------------------------X
```

**KATHARINE H. PARKER, United States Magistrate Judge:**

On April 22, 2021, Plaintiff advised the Court that Plaintiff has obtained a Clerk's Certificate of Default and planned to file a motion for default judgment within 10 days. (ECF No. 18.) Plaintiff has yet to file said motion. Accordingly, by March 18, 2022 Plaintiff shall file its motion or alternatively file a letter providing the Court a status update of this action.

SO ORDERED.

DATED:   New York, New York
         February 28, 2022

                                                  _____
                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge