UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RAMON A. BELLIARD,

                        Plaintiff,

        -against-

VADIM TARKNOVSKY and OLYA PLOTNIKOVA,

                       Defendants.
-----------------------------------------------------------------X

20-CV-1055 (GBD) (KHP)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/7/2022

**KATHARINE H. PARKER, United States Magistrate Judge:**

      On February 28, 2022, the Court issued an Order requiring Plaintiff to move for default judgment or file a status letter by March 18, 2022.  (ECF. No. 20.)  Plaintiff has not complied with that Order.  Accordingly, by April 29, 2022, Plaintiff shall file its motion or alternatively file a letter providing the Court a status update of this action.  Failure to comply with this order may lead to sanctions, including a recommendation this case be dismissed for failure to prosecute.  *See* Fed. R. Civ. P. 41(b).

      SO ORDERED.

DATED:    New York, New York
              April 7, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge