UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

RAMON A. BELLIARD, *individually and on behalf of others similarly situated*,

                     Plaintiff,

-against-

VADIM TARNOVSKYA, and OLYA PLOTNIKOVA,

                     Defendants.

------------------------------------- x

ORDER

20 Civ. 1055 (GBD) (KHP)

GEORGE B. DANIELS, District Judge:

This action having been commenced by the filing of a Summons and Complaint on February 7, 2020, and a copy of the Summons and Complaint having been served on Defendants Vadim Tarnovsky and Olya Plotnikova on June 8, 2020, and proof of service having been filed on June 8, 2020 (ECF Nos. 10 and 11), and Defendants Vadim Tarnovsky and Olya Plotnikova having failed to answer, appear, or otherwise move with respect to the Complaint, and the time for appearing, answering, or moving having expired, it is hereby:

ORDERED, ADJUDGED, AND DECREED that Plaintiff Ramon A. Belliard has judgment against Defendants Vadim Tarnovskya and Olya Plotnikova.

This matter is referred to Magistrate Judge Katharine H. Parker for an inquest on damages, prejudgment interest, costs, and attorneys' fees.

Dated: October 17, 2022
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge