# SAMUEL & STEIN

ATTORNEYS AT LAW

38 WEST 32ND STREET, SUITE 1110, NEW YORK, NY 10001
PHONE: (212) 563-9884 | FAX: (212) 563-9870 | WEBSITE: www.samuelandstein.com

**MICHAEL SAMUEL**
michael@samuelandstein.com

January 27, 2023

ADMITTED IN NY

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:_____*
*DATE FILED: 1/30/2023*

Judge Katherine Parker
500 Pearl Street
New York, NY 10007

Re: *Ramon Belliard vs. Vadim Tarnovsky*
Case No.20cv1055

Dear Judge Parker:

    Please be advised that we represent the plaintiff in this matter. Pursuant to Your Honor's Order dated January 17, 2023 (DE#37) we have attempted to serve the Defendants at the address that we served the summons and complaint. Our process server has not been able to effectuate service of the scheduling order and supporting documents. We request an additional 2 weeks to locate and serve the Defendants.

    We thank the Court for its attention to this matter and are available at Your Honor's convenience should the Court have any questions regarding the foregoing.

Respectfully submitted,

/s/ *Michael Samuel*
Michael Samuel, Esq.

SAMUEL & STEIN

APPLICATION GRANTED

*[signature]*
Hon. Katharine H. Parker, U.S.M.J.  1/30/2023

Enc.