UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

RAMON A. BELLIARD,

                Plaintiff,

-against-

VADIM TARKNOVSKY and OLYA PLOTNIKOVA,

                Defendants.

------------------------------------------------------------------X

20-CV-1055 (GBD) (KHP)

**ORDER**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/19/2023
```

**KATHARINE H. PARKER, United States Magistrate Judge:**

      On March 6, 2023, the Court issued a Report and Recommendation and ordered that Plaintiff serve a copy of the Report and Recommendation on Defendants and file proof of service by March 20, 2023.  (ECF. No. 42.)  Plaintiff has not complied with that Order.  Accordingly, by April 25, 2023, Plaintiff shall serve the Report and Recommendation and file proof of service.

      **SO ORDERED.**

DATED:    New York, New York
               April 19, 2023

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge