**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RAMON A. BELLIARD, individually and on
behalf of others similarly situated,

                        Plaintiff,

        -against-                                      20 **CIVIL** 1055 (GBD)(KHP)

                                                        **JUDGMENT**

VADIM TARNOVSKY, and OLYA
PLOTNIKOVA,

                      Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated May 8, 2023, Magistrate Judge Parker's recommended judgment regarding damages, interest, attorneys' fees, and costs is ADOPTED in full for the reasons stated in the Report. Final judgment is entered ordering Defendants to pay Plaintiff: (1) $8,305.84 for unpaid overtime compensation and pre-judgment interest at the rate of 9% on this amount, in the amount of $3,674.14; (2) $8,305.84 in liquidated damages; (3) $5,480 in attorneys' fees; (4) $400 in costs; and (5) post-judgment interest, to be calculated from the date the Clerk of Court enters judgment in this action until the date of payment, using the federal rate set forth in 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:** New York, New York

     May 8, 2023

                                                            **RUBY J. KRAJICK**

                                                                    **Clerk of Court**

                             **BY:**     *K. Mango*

                                                                   **Deputy Clerk**